# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Kimberlyn Yaritza Menjivar Aguilar, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 25-cv-04236-KMM-JFD |
| Samuel J. Olson, Kristi Noem, Pamela Bondi, Todd Lyons, Eric Tollefson, | |
| Defendant(s), | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

 This action is moot and, therefore, the Court no longer has subject matter jurisdiction. Accordingly, Petitioner's motion 14 is GRANTED and this action is DISMISSED WITHOUT PREJUDICE.

Date: 11/25/2025                                              KATE M. FOGARTY, CLERK